MARVIN JONES *vs.* MASSACHUSETTS BAY TRANSPORTATION AUTHORI-
TY. May 4, 1979. This appears to be an appeal from an order denying
the plaintiff's request for a preliminary injunction "restraining [the
defendant] from violating Administrative Procedures Act and the
plaintiff's Constitutional rights to a hearing before termination of
employment." G. L. c. 231, § 118 (second par.), as appearing in St. 1977,
c. 405. As there is nothing in the record before us which would indicate
any abuse of discretion by the Superior Court judge, the order must
be affirmed. *Foreign Auto Import, Inc.* v. *Renault Northeast, Inc.*, 367
Mass. 464, 472-473 (1975).

*So ordered.*

*Thomas L. Sullivan* (*Thomas G. Kennedy* with him) for the defend-
ant.
*Richard A. Young*, for the plaintiff, submitted a brief.